# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANK HOHN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV552 |
| | ) | |
| vs. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte* and pursuant to NECivR 41.1, which states in pertinent part: "The court at any time dismiss an action for lack of prosecution when it appears it is not being prosecuted with reasonable diligence." Further, Fed. R. Civ. P. 4(m) establishes the following time limit for service of process on the defendants in a civil case:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In this case the complaint was filed on December 20, 2005. **See** Filing No. 1. Accordingly, the deadline for service of process expired **on or about April 20, 2006**. Although a summons was issued on March 2, 2006, the court's records show no proof of service of process on the defendant. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall show cause why this case should not be dismissed as against the defendant for failure to effect service. The showing of cause shall be filed electronically on or before the close of business **on May 12, 2006**.

Dated this 21st day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge