## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK P. HOHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| BNSF RAILWAY COMPANY | ) |
| | )   CASE No: 8:05-cv-552 |
| | ) |
| | ) |
| Defendant. | ) |

### ORDER

    This cause comes before the court upon the Plaintiff's Dkt. No. 75, a motion for Extension of Time in Which to Respond to Defendants' Dkt. No. 66, MOTION for Leave to Submit an Exhibit in support of Defendant's Statement of Appeal or in the Alternative, MOTION to Modify regarding Order on Motion to Quash, Order on Motion for Protective Order.  The motion is unopposed, and, upon due consideration, the court finds it well-taken.

    It is, therefore, ORDERED AND ADJUDGED that Plaintiff shall have through June 20, 2007 in which to respond to Defendants' Dkt. Nos. 66. and 68Defendant will have the customary time for any reply to Plaintiff's response.

    SO ORDERED AND ADJUDGED this 13th day of June, 2007.

    /s Joseph F. Bataillon
    Joseph F. Bataillon
    U.S. DISTRICT JUDGE