IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANK HOHN,** | ) | CASE NO. 8:05CV552 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER RESCHEDULING |
| v. | ) | FINAL PRETRIAL CONFERENCE |
| | ) | AND TRIAL |
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On October 3, 2007, this case was reassigned from Chief Judge Joseph F. Bataillon to the undersigned. As a result, the dates previously scheduled for the final pretrial conference and for the commencement of the trial were terminated. Upon consultation with the parties' counsel,

IT IS ORDERED:

1. The Final Pretrial Conference is rescheduled to Monday, December 3, 2007, at 1:30 p.m. (CST) and will be held in my chambers at Suite 3210, on the Third Floor of the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, 68102;

2. The jury trial is rescheduled to commence on Tuesday, January 22, 2008; counsel should report to chambers for a brief meeting at 8:30 a.m;

3. All other deadlines set forth in the Second Amended Progression Order (Filing No. 82) remain in effect; and

4. All requests for changes to date settings shall be made by motion directed to the undersigned.

DATED this 10th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge