IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
FRANK HOHN,                     )
                                )
          Plaintiff,            )     8:05CV552
                                )
     v.                         )
                                )
BNSF RAILWAY COMPANY,           )     ORDER
                                )
          Defendant.            )
_____)
```

This matter is before the Court on the joint motion for stay of proceedings and stipulation (Filing No. 115). Pursuant thereto,

IT IS ORDERED that said motion is granted; this action is stayed. On or before May 31, 2008, the parties shall file a report as to the status of this case.

DATED this 18th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court