```
       IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

FRANK HOHN,                   )
                              )
           Plaintiff,         )       8:05CV552
                              )
     v.                       )
                              )
BNSF RAILWAY COMPANY,         )       ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on the joint motion to extend stay of proceedings and stipulation (Filing No. 117). Pursuant thereto,

IT IS ORDERED that said motion is granted; the stay is extended. On or before July 7, 2008, the parties shall file a report as to the status of this case.

DATED this 10th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court