```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

FRANK HOHN,                    )
                               )
              Plaintiff,       )        8:05CV552
                               )
      v.                       )
                               )
BNSF RAILWAY COMPANY,          )           ORDER
                               )
              Defendant.       )
_____)
```

IT IS ORDERED that the parties shall file a report as to the status of this case on or before September 11, 2009.

DATED this 2nd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court