```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

FRANK HOHN,                    )
                               )
          Plaintiff,           )         8:05CV552
                               )
     v.                        )
                               )
BNSF RAILWAY COMPANY,          )         ORDER
                               )
          Defendant.           )
_____)
```

After planning conference with counsel,

IT IS ORDERED:

1) Defendant shall have until March 24, 2010, to file a motion to enforce Filing No. 115, together with its brief.

2) Plaintiff shall have until April 26, 2010, to respond.

DATED this 16th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court