IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
FRANK HOHN,                    )
                               )
          Plaintiff,           )         8:05CV552
                               )
     v.                        )
                               )
BNSF RAILWAY COMPANY,          )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file a motion to enforce Filing No. 115 (Filing No. 127). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until March 31, 2010, to file a motion to enforce Filing No. 115, together with its brief.

DATED this 25th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court