IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
FRANK HOHN,                   )
                              )
           Plaintiff,         )         8:05CV552
                              )
     v.                       )
                              )
BNSF RAILWAY COMPANY,         )         ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file response to defendant's motion to compel (Filing No. 135). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until May 10, 2010, to file a response to defendant's motion to compel.

DATED this 10th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court