```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                    DISTRICT OF NEBRASKA

FRANK HOHN,                    )
                               )
            Plaintiff,         )        8:05CV552
                               )
      v.                       )
                               )
BNSF RAILWAY COMPANY,          )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the joint stipulation of the parties for extension of dates contained in the fourth amended final progression order (Filing No. 153). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. The discovery deadline is extended to September 15, 2010; a motion challenging an expert's qualifications shall be filed on or before September 27, 2010; and motions for summary judgment shall be filed on or before September 27, 2010.

DATED this 2nd day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court