IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK HOHN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV552 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel have advised that this case can be completed in six trial days. Based on this representation,

IT IS ORDERED:

1) The trial of this case, previously set as a five-day trial commencing on December 13, 2010, is continued.

2) Trial is set to commence at 9:00 a.m. on February 22, 2011, in Omaha, Nebraska, before the Honorable Lyle E. Strom and a jury. No more than six days are allocated to the trial of this case and counsel shall plan accordingly.

DATED this 2nd day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge