IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK HOHN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV552 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has considered defendant's objections to Angela Bailey's deposition found in the order on pretrial conference (Filing No. 190) and makes the following findings: 1:1-6:23, sustained; 7:7-9:9, sustained from 7:7-8:10, overruled from 8:11-9:9; 13:18-14:6, overruled; 15:10-17:2, overruled; 22:14-23:24, sustained from 22:14-23:1, overruled from 23:2-23:24; 24:12-15, overruled; 50:3-13, sustained; 53:22-54:1, overruled; 54:18-56:2, overruled from 54:18-55:15, sustained from 55:16-56:2; 56:3-15, overruled; 57:5-16, overruled; 57:17-24, overruled; 58:12-16, objection resolved by amended designation of deposition testimony; 96:14-23, sustained; 116:2-5, overruled; 120:23-121:6, objection resolved by amended designation of deposition testimony.

IT IS ORDERED that the deposition of Angela Bailey shall be played in accordance with these findings of the Court.

DATED this 26th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court